UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/14

ROBERT P. LANG, Individually and On Behalf of All Others Similarly Situated,

    Plaintiffs,

-against-

TOWER GROUP INTERNATIONAL, LTD., MICHAEL H. LEE, and WILLIAM E. HITSELBERGER,

    Defendants.

13 Civ. 5852(AT)

DENNIS FEIGHAY, Individually and On Behalf of All Others Similarly Situated,

    Plaintiffs,

-against-

TOWER GROUP INTERNATIONAL, LTD., MICHAEL H. LEE, WILLIAM E. HITSELBERGER, and WILLIAM F. DOVE,

    Defendants.

*Related Case No.*
13 Civ. 6181(AT)

SANJU SHARMA, Individually and On Behalf of All Others Similarly Situated,

    Plaintiffs,

-against-

TOWER GROUP INTERNATIONAL, LTD., MICHAEL H. LEE, and WILLIAM E. HITSELBERGER,

    Defendants.

*Related Case No.*
13 Civ. 7085(AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Initial Pretrial Conference in these related cases scheduled for April 9, 2014, is adjourned to **4:30 p.m., on May 15, 2014.** The parties' shall submit revised joint pre-conference submissions by May 9, 2014, incorporating any additional order(s) of the court in the interim.

SO ORDERED.

Dated: April 7, 2014
      New York, New York

                                                     ANALISA TORRES
                                           United States District Judge