USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS FEIGHAY, Individually and On Behalf of All Others Similarly Situated,

        Plaintiffs,

-against-

TOWER GROUP INTERNATIONAL, LTD., MICHAEL H. LEE, WILLIAM E. HITSELBERGER, and WILLIAM F. DOVE,

        Defendants.

13 Civ. 6181 (AT)

SANJU SHARMA, Individually and On Behalf of All Others Similarly Situated,

        Plaintiffs,

-against-

TOWER GROUP INTERNATIONAL, LTD., MICHAEL H. LEE, and WILLIAM E. HITSELBERGER,

        Defendants.

13 Civ. 7085 (AT) (KNF)

**ORDER**

ANALISA TORRES, District Judge:

    These two cases are consolidated member cases of *In re Tower Group International, Ltd. Securities Litigation*, 13 Civ. 5852 (AT). For the reasons stated in the Judgment dated November 23, 2015, 13 Civ. 5852 (AT), ECF No. 179, and the Order dated September 23, 2016, 13 Civ. 5852 (AT), ECF No. 195, the Clerk of Court is directed to terminate all motions and close the above-captioned cases.

    SO ORDERED.

Dated: January 30, 2017
       New York, New York

                              ANALISA TORRES
                              United States District Judge